# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00581-CV

**John Stritzinger, Appellant**

**v.**

**Katherine Wright, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-FM-04-004690, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant John Stritzinger has filed in this Court an affidavit of indigence and a motion to proceed without payment of appellate costs. Appellee Katherine Wright has filed a contest to the affidavit.

When, as here, an affidavit of indigence is filed in an appellate court and a contest is filed, the appellate court has four options, one of which is to refer the matter to the trial court with instructions to hear evidence and grant the appropriate relief. Tex. R. App. P. 20.1(h)(4). We therefore abate the appeal, and, pursuant to rule 20.1, refer this contest to the district court for an evidentiary hearing on appellant's claim of indigence. *See* Tex. R. App. P. 20.1(h)(4). The district court shall give the parties reasonable notice of the date on which the contest will be heard and shall permit appellant to amend his affidavit of indigence any time before that date. *See Higgins v. Randall County Sheriff's Office*, 193 S.W.3d 898, 899 (Tex. 2006).

The district court shall make such findings of fact and render such orders as the court deems appropriate. Findings and orders shall be included in a supplemental clerk's record. A reporter's record of the indigency hearing shall also be prepared. The record of the indigency hearing shall be prepared at no cost to appellant, and shall be filed with this Court no later than April 16, 2012. The appeal will be reinstated when the record on the contest is filed.

Before Chief Justice Jones, Justices Pemberton and Rose

Abated

Filed: March 15, 2012

2